IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:15CR3089** |
| vs. | |
| ROBERT TORRES, | **RELEASE ORDER** |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for October 12, 2023 at 2:00 p.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

August 17, 2023.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge